UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREA IDE, on behalf of herself and all other persons similarly situated, known and unknown,<br><br>           Plaintiff,<br><br>vs.<br><br>NEIGHBORHOOD RESTAURANT PARTNERS, LLC, and APPLE CREEK MANAGEMENT COMPANY, INC..,<br><br>           Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-509-MHC |

## JUDGMENT

This action having came before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of Defendant Apple Creek Management Company, Inc.'s Motion for Summary Judgment and the Court having granted said motion and granted summary judgment as to Defendant Neighborhood Restaurant Partners, LLC, it is

**Ordered and Adjudged** that the plaintiff Andrea Ide take nothing and the defendants recover their costs of this action and the action is **dismissed**.

Dated at Atlanta, Georgia, this 26th day of March, 2015.

                                                JAMES N. HATTEN
                                                CLERK OF COURT

                                    By:    s/Jill Ayers
                                                    Deputy Clerk

Prepared and Entered
in the Clerk's Office
March 26, 2015
James N. Hatten
Clerk of Court

By:    s/Jill Ayers
         Deputy Clerk